# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No.: 19-03134-01-CR-S-BP |
| **LAURA A. OGLESBY,** | |
| **Defendant.** | |

## *GOVERNMENT'S MOTION TO UNSEAL INDICTMENT*

**COMES NOW** the United States of America, by and through Timothy A. Garrison, United States Attorney for the Western District of Missouri, and the undersigned Assistant United States Attorney, and files the *Government's Motion to Unseal Indictment* because maintaining the Indictment under seal is no longer necessary to protect the integrity of the investigation or facilitate apprehension of the defendant, who is a fugitive.

**WHEREFORE,** the United States of America respectfully requests that the Court grant the Government's request to unseal the Indictment.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By  */s/ Steven M. Mohlhenrich*
STEVEN M. MOHLHENRICH
Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511
(417) 831-4406

## **Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was delivered on December 9, 2019, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

        */s/ Steven M. Mohlhenrich*
        Steven M. Mohlhenrich
        Assistant United States Attorney