# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 19-03134-01-CR-S-BP |
| LAURA A. OGLESBY, | |
| Defendant. | |

## *MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

**COMES NOW**, the United States of America, by the undersigned Assistant United States Attorney for the Western District of Missouri, and respectfully requests a Writ of Habeas Corpus Ad Prosequendum.

Defendant, **LAURA A. OGLESBY (Inmate # 63296),** is currently incarcerated at: Craighead County Jail, 901 Willett Road, Jonesboro, Arkansas 72401.

        Respectfully submitted,

        Timothy A. Garrison
        United States Attorney

By:  */s/ Shannon T. Kempf*
      SHANNON T. KEMPF
      Assistant United States Attorney
      901 St. Louis Street, Suite 500
      Springfield, Missouri 65806-2511
      (417) 831-4406