*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　　**Date:**　　November 8, 2022

**vs.**　　　　　　　　　　　　　　　　　**Case No.:** 19-03134-01-CR-S-BP

**LAURA A. OGLESBY**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**　Show Cause Hearing

**Time Commenced:**　10:41 a.m.　　　　　　　**Time Terminated:**　10:53 a.m.

---

### APPEARANCES

**Plaintiff:**　　Patrick Carney, AUSA
**Defendant:**　Ian Lewis, FPD
**USPPTS:**　　Damon Mitchell

---

**Proceedings:**　Parties appear as indicated above. Defendant appears in person.

　　　　　　　Court takes notice of the Pretrial Services Violation Report(s) prepared by USPPTS Officer. Court hears argument on custody status.

　　　　　　　Court finds adequate basis for revocation of bond.

　　　　　　　Defendant remanded to custody.

---

**Courtroom Deputy/ERO:** Karen Siegert